**Order entered July 3, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00735-CR
## No. 05-12-00736-CR

**ZAKIR SHAIKH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F11-00307-J & F11-00479-J

## ORDER
Before Justices O'Neill, Francis, and Fillmore

Based on the Court's opinion of this date, we set aside the trial court's restitution orders and remand these cases to the trial court for a hearing to determine the proper amount of restitution in each case. We **ORDER** the trial court to transmit a record of the proceedings, including the new written restitution orders, to this Court within **SIXTY DAYS** from the date of this order.

The appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated sixty days from the date of this order or when the record of the restitution hearing is received, whichever is earlier.

/s/ ROBERT M. FILLMORE
JUSTICE